# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**RAYSHAWN DEMOSTHENE,**

    Petitioner,

v.                                          Case No: 5:21-CV-629-WFJ-PRL

**WARDEN, FCC COLEMAN-USP I,**

    Respondent.

_____

## ORDER DISMISSING CASE

Petitioner, proceeding *pro se*, initiated this case by filing a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Petitioner asserts that he is "factually innocent in light of a recent supreme court decision and his sentence is being carried out under an unlawful plea agreement." *See* Doc. 1 at 6-8, 13-15. Petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 was denied. *See* Case 1:18-cv-05346-PKC (S.D.N.Y). Petitioner then moved for leave to file a successive § 2255, raising some version of the claims raised in this instant Petition. The motion was denied. *See* Case No. 21-647 (2d Cir. May 4, 2021).

Rule 12(h)(3) of the Federal Rules of Civil Procedure provides that "[i]f the court determines at any time that it lacks subject matter jurisdiction, the court must dismiss the action." See also Rule 12, Rules Governing Section 2255 proceedings. Recently, sitting *en banc* the Eleventh Circuit overruled prior precedent and held that 28 U.S.C. § 2241 is not available to challenge the validity of a sentence except on very

narrow grounds not present in this case. *McCarthan v. Director of Goodwill Industries-Suncoast, Inc.*, 851 F.3d 1076, 1079 (11th Cir. 2017) (en banc) (quoting 28 U.S.C. § 2255(e)); *Bernard v. FCC Coleman Warden*, 686 F. App'x 730 (11th Cir. 2017) (citing *McCarthan*, 851 F.3d at 1092-93).

Thus, pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts (directing *sua sponte* dismissal if the petition and records show that the moving party is not entitled to relief), this case is **DISMISSED**. *See also* 28 U.S.C. § 2255(b). The **Clerk** is directed to enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Tampa, Florida, on March 24, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to: Pro Se Petitioner